UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AGHA HOLDINGS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2708** |
| **WORLD INSURANCE ASSOCIATES, LLC, ET AL.** | **SECTION: "P" (5)** |

## ORDER AND REASONS

Before the Court are two motions: (1) the Motion for Summary Judgment filed by Plaintiff, Agha Holdings, LLC ("Agha"),[1] and (2) the Rule 56(D) Motion to Defer Plaintiff's Motion for Summary Judgment, and Defendants' Alternative Motion for Extension of Time to File Response/Reply filed by Defendants, World Insurance Associates, LLC and Dustin Ritch.[2] Agha opposes Defendants' motion.[3]

Agha's opposition concedes that it failed to move for leave before filing its Motion for Summary Judgment, as required by the Court's Scheduling Order for dispositive motions filed before the status conference with the Court, which is scheduled for June 10, 2026.[4] And while Agha gave Defendants notice of its intent to file such a motion,[5] it does not appear that the parties have meaningfully conferred "to determine whether any issue that might be the subject of a motion can be resolved by agreement or stipulation without the necessity of filing a motion."[6] Accordingly,

**IT IS ORDERED** that Defendants' motion (R. Doc. 18) is **GRANTED**.

---

[1] R. Doc. 15.
[2] R. Doc. 18.
[3] R. Doc. 21.
[4] *See* R. Doc. 14 at 2-3.
[5] *See* R. Doc. 21-2.
[6] R. Doc. 14 at 3.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (R. Doc. 15) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that, within two weeks of the date of this Order, the parties shall confer regarding Plaintiff's Motion for Summary Judgment to determine whether any issues may be resolved without the need for such a motion.[7] Only after such a conference has occurred may Plaintiff move for leave to re-file its Motion for Summary Judgment.[8]

New Orleans, Louisiana, this 25th day of July 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[7] *See id.*
[8] *See id.* ("No motion shall be filed, *without specific leave of court*, that was not previously disclosed to all counsel and discussed with the Court as described in the preceding paragraph.") (emphasis added).